STEPHEN A. HIGGINSON, Circuit Judge,
dissenting:
Because I perceive no latitude after Des-camps for Hanner’s heinously violent felony manslaughter offense to qualify as a violent felony for purposes of the Armed Career Criminal Act, I respectfully dissent. See Descamps v. United States, — U.S. -, 133 S.Ct. 2276, 2290, 186 L.Ed.2d 438 (2013) (limiting application of the modified categorical approach to statutory text that is “explicitly divisible”). Furthermore, I am concerned that the state judge’s discussion of Hanner’s manslaughter offense at sentencing does not fall within the class of documents that courts can consider when determining whether an offense qualifies as a violent felony under the modified categorical approach. See Shepard v. United States, 544 U.S. 13, 26, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2005).